IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-03343-PAB-STV

ELEXIS LEE, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

POLISH ON PEARL, INC., a Colorado corporation, and
AMANDA VAN'T HUL, individually,

    Defendants.

___

## PARTIES' NOTICE OF SETTLEMENT
___

The parties, by and through undersigned counsel, hereby submit their Notice of Settlement:

1. On May 30, 2024, the parties filed their Joint Motion to Stay Deadlines. Dkt. 48. The Court granted the motion and directed the parties to report on the status of their settlement negotiations by July 5, 2024. Dkt. 49.

2. On July 9, 2024, the parties filed a status report informing the Court of the parties' ongoing settlement discussions. Dkt. 50. The Court directed the parties to report if settlement was reached prior to July 29, 2024. Dkt. 51.

3. On July 22, 2024, the parties reached agreement in principle to resolve the case.

4. The parties are in the process of drafting a settlement agreement for execution in the coming weeks.

5. The parties anticipate filing a stipulation of dismissal with prejudice within 60 days.

6. Should a stipulation of dismissal not be filed within 60 days, the parties request the Court require a joint status report be filed to update the Court on the case status.

Dated: July 22, 2024.

| | |
|---|---|
| */s/ Samuel D. Engelson* | */s/ Stephen B. Rotter* |
| Michael D. Kuhn | Stephen B. Rotter |
| Andrew E. Swan | |
| Samuel D. Engelson | THE WORKPLACE COUNSEL |
| LEVENTHAL \| LEWIS | 1401 Lawrence Street, Suite 1600 |
| KUHN TAYLOR SWAN PC | Denver, Colorado 80202 |
| 3773 Cherry Creek North Drive, Suite 710 | 303.625.6400 |
| Denver, Colorado 80209 | stephen@theworkplacecounsel.com |
| Telephone: (720) 699-3000 | |
| Email: mkuhn@ll.law | Attorney for Defendants |
|       aswan@ll.law | |
|       sengelson@ll.law | |

John W. Billhorn
Billhorn Law Firm
7900 E. Union Av., Suite 1100
Denver, CO 80237
Telephone: (720) 386-9006
Email: info@billhornlaw.com

**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 22nd day of July 2024, a true and correct copy of the foregoing was served via CM/ECF to:

TO:    Stephen B. Rotter
        THE WORKPLACE COUNSEL
        1401 Lawrence Street, Suite 1600
        Denver, Colorado 80202
        303.625.6400
        stephen@theworkplacecounsel.com